IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WHITE, et al., | No. 2:18-CV-1759-TLN-CMK |
| Plaintiffs, | |
| vs. | <u>ORDER</u> |
| NBS DEFAULT SERVICES, LLC, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action removed from the Siskiyou County Superior Court. Pending before the court are plaintiff's motions for an extension of time (Docs. 27, 28, 29, and 30) and plaintiffs' motion to continue the scheduling conference (Doc. 36).

Plaintiffs seek extensions of time to file oppositions to defendants' motions to dismiss. Because plaintiffs have timely filed oppositions to defendants' motions, plaintiffs' motions for an extension of time are denied as unnecessary.

/ / /

/ / /

1

Plaintiffs also seek a continuance of the scheduling conference currently set for August 15, 2018, in Redding, California. Good cause appearing therefor, the motion will be granted. The scheduling conference is vacated pending resolution of defendants' motions to dismiss, **which remain on calendar for hearing on August 15, 2018, at 10:00 a.m. in Redding, California**. The scheduling conference will be re-set if necessary at a later date.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motions for an extension of time (Docs. 27, 28, 29, and 30) are denied as unnecessary;

2. Plaintiffs' motion to continue the scheduling conference (Doc. 36) is granted;

3 The scheduling conference set for August 15, 2018, is vacated and removed from the hearing calendar; and

4. Defendants' motions to dismiss remain on calendar for hearing on August 15, 2018.

DATED: August 1, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE