Nabeel Zuberi (SBN 294600)
**MCCALLA RAYMER LEIBET PIERCE, LLP**
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Phone: (562) 983-5378
Facsimile: (562) 661-5089
Nabeel.Zuberi@McCalla.com

Attorneys for Defendant,
NBS DEFAULT SERVICES, LLC
AFFINIA DEFAULT SERVICES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO

| | |
|---|---|
| MARK WHITE; JULIE WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>NBS DEFAULT SERVICES, LLC; AFFINIA DEFAULT SERVICES; CALIBER HOME LOANS, INC.; FV-1, INC.; ABSTRAX, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., et al.<br><br>Defendants. | CASE NO. 2:18-cv-01759-TLN-CMK<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: August 15, 2018<br>Time: 10:00 am<br>Courtroom: 304<br><br>*[Hon. Craig K. Kellison]* |

The Court, having reviewed and considered the request by defendants NBS DEFAULT SERVICES, LLC ("NBS") and AFFINIA DEFAULT SERVICES, LLC ("ADS") (collectively, "Trustee Defendants") to appear via telephone at the hearings on the Motion to Dismiss [Dkt. No. 10] and Trustee Defendant's joinder thereto [Dkt. No. 15], scheduled for August 15, 2018 at 10:00 a.m. in Courtroom 304 of the above-captioned Court.

The Court GRANTS the request. Counsel may appear by telephone at the August 15, 2018 Motion to Dismiss. **Counsel to arrange telephonic appearance through CourtCall.**

**IT IS SO ORDERED.**

**Dated: August 6, 2018**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE